IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re: | * |
| | * |
| Sonia Kaur Kochhar | *   Case No. 19-11924 |
| | *   Chapter 13 |
| | * |
| Debtor | * |

**EMERGENCY MOTION TO REOPEN CASE, AMEND PRIOR ORDER DISMISSING CASE WITH PREJUDICE, AND TO DISMISS CASE WITHOUT PREJUDICE**

COMES NOW Debtor, Sonia Kaur Kochhar, by and through counsel, Aaron R. Caruso, Esquire, and the firm of Abod & Caruso, LLC, and in support of the instant Motion, states as follows:

1. Sonia Kaur Kochhar ("Debtor") was the named Debtor in the instant case.

2. On April 1, 2019, this case was dismissed with prejudice for non-payment of fees, unreasonable delay, and bad faith (Docket Entry # 14). The Dismissal Order contained a prohibition against Debtor filing any new cases in this District for a period of one year.

3. Debtor, as set forth in the attached affidavit did not have knowledge that this case was filed and she was never aware of its existence while it was pending.

4. Upon information and belief, this case was filed by Baljit Kochhar ("BK") who is Debtor's mother.

5. Debtor's address is 802 Grand Champion Way, #304, Rockville, MD 20850. The has been Debtor's residence since 2002.

6. The address of record listed in this case—7721 Titonka Way, Derwood, MD 20855—is BK's address.

7.     Debtor is an attorney licensed to practice in Maryland and in the U.S. District Court of Maryland with an active ecf account that permits online filings. This case was hand-filed.

8.     BK has previously filed bankruptcy cases for Debtor without Debtor's knowledge. *See* Counts 3 and 4 of attached Complaint (Ex. 1) filed by the US Trustee against BK stating that BK admitted filing cases on behalf of Debtor without authorization. In case no. 14-13787, the US Trustee filed a motion to dismiss because BK had filed on her behalf without authorization. The court granted that motion. See Exs. 2 and 3 attached hereto.

9.     Debtor has a need to file a chapter 13 bankruptcy immediately. Specifically, Debtor has been sued in various actions because of actions undertaken by BK, and there are impending court dates and deadlines that Debtor needs to address in the context of a bankruptcy proceeding.

10.    Pursuant to Local Bankruptcy Rule 9013-2, Debtor relies solely upon the present motion, and no additional memorandum of fact or law will be supplied.

WHEREFORE, Debtor prays that this Honorable Court enter an Order:

A.     Amending the prior Order Dismissing this matter to reflect that this matter is Dismissed without Prejudice and that Debtor is not subject to any future bars to filing a case in this District.

Respectfully submitted,
ABOD & CARUSO, LLC


By:     /s/ Aaron R. Caruso_____
Aaron R. Caruso, Esquire
Bar # 11599
18524 Office Park Drive
Gaithersburg, MD 20886
(tel) (202) 462-9701
(fax) (202) 609-9921
ARC@AbodCarusoLaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2020, I served a copy of the foregoing Emergency Motion to Amend Order of Dismissal and accompanying papers via regular mail, postage pre-paid to:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401-7623

US Trustee's Office
6305 Ivey Lane
#600
Greenbelt, MD 20770

Baljit Kochhar
7221 Titonka Way
Derwood, MD 20855

MTGLQ Investors, LP C/O Rushmore Loan Manage
BWW Law Group LLC
6003 Executive Blvd. Suite 101
Rockville, MD 20852-3813

MTGLQ Investors, LP
c/o Rushmore Loan Management Services, L
P.O. Box 55004
Irvine, CA 92619-5004

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department

PO Box 24605
West Palm Beach, FL 33416-4605

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

Synchrony Bank
 c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Taxing Authority of Montgomery County
Division of Treasury
255 Rockville Pike, Ste. L-15
Rockville, MD 20850-4188

Thornton Mellon LLC
939 W. North Ave. Ste 830
Chicago, IL 60642-7141

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Washington Suburban Sanitary Commission
14501 Swietzer Ln
Laurel, MD 20707-5901

WSSC
14501 Swietzer Ln
Laurel, MD 20707-5901

Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408

      /s/ Aaron R. Caruso